UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Subpoena and Deposition Notice to DAVID THOMAS | **NOTICE OF MOTION TO QUASH**<br><br>Civil Action No.: _____<br>(Underlying Action Pending in the United States District Court for the District of Arizona, Civil Action No.: 2:17-cv-03195-JJT)<br><br>And<br><br>(Underlying Action Pending in the United States District Court for the Northern District of Illinois, Civil Action No.: 16-cv-07548 PRG-IDJ) |

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of William G. Bauer, Esq. dated December 5, 2018 with Exhibit "A" through "F" attached thereto, Non-Party, David Thomas will move this Court on a date and time to be determined by the Court for an Order pursuant to Fed. R. Civ. Proc. 45 (d)(3), quashing the subpoena served upon him relating to an actions pending in the United States District Court for District of Arizona and United States District Court for the Northern District of Illinois, together with such other and further relief as this Court may deem just and proper.

DATED:	December 5, 2018

                                    WOODS OVIATT GILMAN LLP

                            By:     _____
                                    William G. Bauer, Esq.
                                    *Attorneys for Movant, David Thomas*
                                    700 Crossroads Building
                                    2 State Street
                                    Rochester, New York 14614
                                    585.987.2800
                                    wbauer@woodsoviatt.com

{6815227: }

TO:    Andrew W. Shalaby, Esq.
7525 Leviston Avenue
El Cerrito, CA 94530
510.551.8500
Andrew@eastbaylaw.com

*Attorneys for Plaintiffs, Jason Lou Peralta and Kurtis M. Bailey*

WHITHAM LAW OFFICE
Timothy K. Whitham, Esq.
124 N. Water Street, Suite 305
Rockford, IL 61107-3960
815.986.4870
tim@whithamlawoffice.com

*Co-Counsel for Plaintiff, Kurtis M. Bailey*

David Chen, Esq.
1300 Clay Street, Suite 600
Oakland, CA 94612
510.575.0851
David.chen@davidwchenlaw.com

*Co-Counsel for Plaintiff, Jason Lou Peralta*

BOWLES & VERNA LLP
Richard A. Erog, Esq.
Jason J. Granskog, Esq.
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
925.935.3300
rergo@bowlesverna.com
jgranskog@bowlesverna.com

GOLDBERG SEGALLA LLP
James W. Ozog, Esq.
311 S. Wacker Drive, Suite 2450
Chicago, IL 60606
312.572.8406
jozog@goldbergsegalla.com

*Attorneys for Defendants, Worthington Cylinder Corporation and Worthington Industries, Inc.*

{6815227: }

JONES, SKELTON & HOCHULI, P.L.C.
James J. Osborne, Esq.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
602.263.1700
josborne@jshfirm.com

*Attorneys for Defendants,*
  *Worthington Industries, Inc.,*
  *Worthington Cylinder Corporation and*
  *Worthington Cylinder Wisconsin*

{6815227: }